FILED
JAN 18 2023
DAVID CREWS, CLERK
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 4:23-CR-13

JALENE JAMON YOUNG  18 U.S.C. § 924(a)(1)(A)

**The Grand Jury Charges:**

## COUNT ONE

On or about April 13, 2022, in the Northern District of Mississippi, JALENE JAMON YOUNG, defendant, knowingly made a false statement and representation to Kristin Garvin, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Renegade Firearms, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, certifying that he was the actual buyer of the firearms, whereas in truth and in fact, he was purchasing the firearms for another individual, in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT TWO

On or about June 15, 2022, in the Northern District of Mississippi, JALENE JAMON YOUNG, defendant, knowingly made a false statement and representation to Kristin Garvin, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Renegade Firearms, in that the defendant did execute a

Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, certifying that he was the actual buyer of the firearms, whereas in truth and in fact, he was purchasing the firearms for another individual, in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT THREE

On or about July 13, 2022, in the Northern District of Mississippi, JALENE JAMON YOUNG, defendant, knowingly made a false statement and representation to Kristin Garvin, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Renegade Firearms, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, certifying that he was the actual buyer of the firearms, whereas in truth and in fact, he was purchasing the firearms for another individual, in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT FOUR

On or about July 20, 2022, in the Northern District of Mississippi, JALENE JAMON YOUNG, defendant, knowingly made a false statement and representation to Kristin Garvin, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Renegade Firearms, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, certifying that he was the actual buyer of the firearms, whereas in

truth and in fact, he was purchasing the firearms for another individual, in violation of Title 18, United States Code, Section 924(a)(1)(A).

*(signature)*
**CLAY JOYNER**
**UNITED STATES ATTORNEY**

**A TRUE BILL:**

*/s/ Redacted Signature*
**FOREPERSON**

—3—